JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE NASH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNIVERSITY OF LA VERNE, and DOES 1-10,<br><br>　　　　　Defendants. | Case No.:CV13-08332-GAF (JCGx)<br><br>**ORDER FOR DISMISSAL** |

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED in its entirety with prejudice and without an award of costs or fees to any party.

Dated: June 23, 2014

_____
Gary A. Feess
United States District Court Judge

**JS-6**

---

ORDER FOR DISMISSAL

*Nash v. Univ. of La Verne*